# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JENNIE GUERRIDO and PATRICK MANIACI,

    Plaintiffs,

v.

CONVERGENT OUTSOURCING INC., AMERICAN CORADIUS INTERNATIONAL LLC, and PINNACLE CREDIT SERVICES LLC,

    Defendants.

Case No. 18-CV-479-JPS

**ORDER**

On June 19, 2018, the plaintiffs filed a notice of voluntary dismissal of this action with prejudice and without costs assessed to any party. (Docket #14). The Court herewith adopts that notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that the plaintiffs' notice of voluntary dismissal (Docket #14) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice.**

Dated at Milwaukee, Wisconsin, this 27th day of June, 2018.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge